IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**TEVIN LAVONTA STRICKLEN**                                        **PLAINTIFF**

**v.**                                   **No. 3:20CV236-NBB-RP**

**MALLIE NESBIT, ET AL.**                                             **DEFENDANTS**

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On August 18, 2020, the court entered an order requiring the plaintiff to keep the court apprised of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the court has received mail returned from the last address Mr. Stricklen provided. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 5th day of October, 2020.

                                                     /s/ Neal Biggers
                                                     NEAL B. BIGGERS
                                                     SENIOR U. S. DISTRICT JUDGE